B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District Of Virginia
Lynchburg

In re Frank J Schettino,   Case No. 17-62006

Maria R Davi-Schettino

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust | U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501
Phone: 800-603-0836
Last Four Digits of Acct #: 2022

Court Claim # (if known): 11-1
Amount of Claim: 227,824.19
Date Claim Filed: 12/13/2017

Phone: 800-603-0836
Last Four Digits of Acct. #: 2022

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Keith Yacko   Date: 12/13/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

September 14, 2020

ANTONIO E DAVI
18414 DEEP WOODS LN
GORDONSVILLE VA  22942

RE:  **Loan Number:** ▮▮▮▮▮▮▮▮
Collateral: 18414 DEEP WOODS LANE; GORDONSVILLE, VA

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **August 19, 2020**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan.  Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  | | |
  |---|---|
  | Name: | **SN Servicing Corporation** |
  | Address: | **323 Fifth Street, Eureka CA  95501** |
  | Telephone Number: | **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time** |
  | Website Address: | www.snsc.com |

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

  | | |
  |---|---|
  | Name: | **U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust** |
  | Address: | **7114 E Stetson Dr Ste 250; Scottsdale, AZ 85251** |
  | Telephone Number: | **(800) 603-0836** |

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan.  Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation. The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **TRANSFER OF CLAIM OTHER THAN FOR SECURITY** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Maria Rose Davi-Schettino
18414 Deep Woods Lane
Gordonsville, VA 22942

Frank J Schettino
18414 Deep Woods Lane
Gordonsville, VA 22942


**Via CM/ECF electronic service:**
Herbert L Beskin
Office of the United States Trustee
210 First Street Suite 505
Roanoke, VA 24011

Shannon T Morgan
Royer Caramanis PLC
200-C Garrett STreet
Charlottesville, VA 22902

Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011

Dated: December 13, 2020

                                                 Respectfully submitted,
                                                 /s/ Keith Yacko
                                                 Keith Yacko, Virginia Bar No. 37854
                                                 McMichael Taylor Gray, LLC
                                                 3550 Engineering Drive, Suite 260
                                                 Peachtree Corners, GA 30092
                                                 Telephone: (404) 474-7149
                                                 Facsimile: (404) 745-8121
                                                 E-mail: kyacko@mtglaw.com